# UNITED STATES DISTRICT COURT

for

## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Marvin Flint                    Case Number: AU:17-CR-00352(1)-SS
True Name: Marvin Jermaine Flint Jr.

Name of Sentencing Judicial Officer: The Honorable Sam Sparks, Senior United States District Judge

Date of Original Sentence: March 15, 2018

Original Offense: Felon in Possession of Firearm, in violation of 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924(a)

Original Sentence: Thirty-six (36) months in the custody of the United States Bureau of Prisons, followed by a three (3) year term of supervised release. Special conditions include alcohol abstinence, mental health treatment, no association with the Bloods gang, search and seizure, substance abuse treatment, a $100 special assessment fee (paid in full), and forfeiture of two firearms and any related ammunition or accessories to the firearms

Type of Supervision: Supervised Release          Date Supervision Commenced: October 29, 2019

Assistant U.S. Attorney: Mark H. Marshall          Defense Attorney: Jose I. Gonzalez-Falla

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Nature of Noncompliance:** On November 15, 2019, Flint received a citation from the Austin Police Department for driving without a license.

**U.S. Probation Officer Action:** On November 15, 2019, Flint contacted the probation officer and reported the law enforcement contact. Flint advised that his daughter was sick, and he had to pick her up from school. The offender stated that he did not have any other options for transportation at the time. He provided a copy of citation # E17101442. The charge remains pending with a court date of December 18, 2019, in the Austin Municipal Court, Austin, Texas.

The offender has not had any other non-compliance issues. He has made transportation arrangements with family members to avoid any further legal issues and will attend his court hearing as scheduled. As a result, it is respectfully recommended that no adverse action be taken at this time. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Flint incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Lyza De La Fuente
United States Probation Officer

Date: December 12, 2019

Approved:

Martha N. Davis, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Condition or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Susan Hightower
U.S. Magistrate Judge

Date: December 12, 2019