PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Marvin Flint</u>  Case Number: <u>AU:17-CR-00352(1)-SS</u>
True Name: <u>Marvin Jermaine Flint Jr.</u>

Name of Sentencing Judicial Officer: <u>The Honorable Sam Sparks, Senior United States District Judge</u>

Date of Original Sentence: <u>March 15, 2018</u>

Original Offense: <u>Felon in Possession of Firearm, in violation of 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924(a)</u>

Original Sentence: <u>Thirty-six (36) months in the custody of the United States Bureau of Prisons, followed by a three (3) year term of supervised release. Special conditions include alcohol abstinence, mental health treatment, no association with the Bloods gang, search and seizure, substance abuse treatment, a $100 special assessment fee (paid in full), and forfeiture of two firearms and any related ammunition or accessories to the firearms</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 29, 2019</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>  Defense Attorney: <u>Jose I. Gonzalez-Falla</u>

## PREVIOUS COURT ACTION

On December 12, 2019, the Court was notified via a Report on Offender Under Supervision, that the Flint received citation # E17101442 for driving without a license on November 15, 2019. On December 12, 2019, the Court agreed with the recommendation that no adverse action be taken, and the offender comply with the requirements of the Austin Municipal Court to dispose of the citation.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall not use or possess alcohol or any drugs/intoxicants and addictive substances."

Flint, Marvin
Report on Offender Under Supervision
Page 2

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Noncompliance:** On December 9, 2019, Flint submitted a urine specimen which returned positive for marijuana.

On December 14, 2019, the probation officer met with Flint regarding the positive urine specimen results. Flint took accountability for his drug use and signed an admission form, admitting to last using marijuana on or about December 1, 2019. The Offender advised that he used marijuana to cope with stressors in his relationship and apologized for his mistake.

**U.S. Probation Officer Action:** Flint began a co-occurring treatment program on December 5, 2019. Based on the recent treatment referral, this officer respectfully recommends that no adverse action be taken at this time. Rather, it is recommended that Flint's treatment services be adjusted and that he participate in an intensive cognitive program to more effectively target his criminal thinking.

Respectfully submitted,

Lyza De La Puente
United States Probation Officer

Date: December 23, 2019

Approved: Martha N. Davis, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable Susan Hightower
U.S. Magistrate Judge

Date: December 27, 2019